UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Andrew B. Finberg, ESQ.
Law Office of Andrew B. Finberg, LLC
525 Route 73 South, Ste. 200
Marlton, NJ 08053
(856)988-9055
Attorney for Chapter 7 Trustee

Order Filed on August 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GERARD E. DAVIS

Case No.: 21-15005

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

### CONSENT ORDER EXTENDING TIME FOR TRUSTEE OR U.S. TRUSTEE TO OBJECT TO EXEMPTIONS AND DISCHARGE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: August 26, 2021

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor(s): GERARD E. DAVIS
Case No: 21-15005
Caption of Order:  Consent Order Extending Time for Trustee or U.S. Trustee to Object to Exemptions and Discharge

---

WHEREAS, the Debtor filed a Chapter 7 case on June 18, 2021, seeking a discharge of his debts and his right to exempt certain property under 11 U.S.C. section 522 and under section 727;

WHEREAS, the Court now having set the date to Object to the Debtor's discharge for September 14, 2021;

WHEREAS, the Trustee requires additional information from the Debtor; and

WHEREAS, the Debtor intends to supply all requested documentation; and

WHEREAS, the parties having agreed to extend the time to Object to Exemptions and Discharge, and for good cause shown;

IT IS HEREBY ORDERED that the time within which the Trustee, or the United States Trustee, may file a complaint objecting to exemptions and discharge of the debtor be and is hereby extended sixty (60) days from the last objection deadline date of September 14, 2021 to November 12, 2021.

I hereby consent to form and entry of this Order.

Andrew B. Finberg                                  Gary M. Salber, Esquire
Chapter 7 Trustee                                  Attorney for the Debtor

/s/ Andrew B. Finberg                              /s/ Gary M. Salber
By: Andrew B. Finberg, Chapter 7 Trustee           By: Gary M. Salber, Esquire

Dated: 8/25/21                                     Dated: 8/25/21