UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Andrew B. Finberg, ESQ.**
**Law Office of Andrew B. Finberg, LLC**
525 Route 73 South, Ste. 200
Marlton, NJ 08053
(856)988-9055
Attorney for Chapter 7 Trustee

Order Filed on August 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GERARD E. DAVIS

Case No.: 21-15005

Adv. No.:

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

# CONSENT ORDER EXTENDING TIME FOR TRUSTEE
# OR U.S. TRUSTEE TO OBJECT TO EXEMPTIONS AND DISCHARGE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: August 26, 2021

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor(s): GERARD E. DAVIS
Case No: 21-15005
Caption of Order:  Consent Order Extending Time for Trustee or U.S. Trustee to Object to Exemptions and Discharge

---

WHEREAS, the Debtor filed a Chapter 7 case on June 18, 2021, seeking a discharge of his debts and his right to exempt certain property under 11 U.S.C. section 522 and under section 727;

WHEREAS, the Court now having set the date to Object to the Debtor's discharge for September 14, 2021;

WHEREAS, the Trustee requires additional information from the Debtor; and

WHEREAS, the Debtor intends to supply all requested documentation; and

WHEREAS, the parties having agreed to extend the time to Object to Exemptions and Discharge, and for good cause shown;

IT IS HEREBY ORDERED that the time within which the Trustee, or the United States Trustee, may file a complaint objecting to exemptions and discharge of the debtor be and is hereby extended sixty (60) days from the last objection deadline date of September 14, 2021 to November 12, 2021.

I hereby consent to form and entry of this Order.

| | |
|---|---|
| Andrew B. Finberg<br>Chapter 7 Trustee | Gary M. Salber, Esquire<br>Attorney for the Debtor |
| /s/ *[signature]*<br>By: Andrew B. Finberg, Chapter 7 Trustee<br>Dated: 8/25/21 | /s/ *[signature]*<br>By: Gary M. Salber, Esquire<br>Dated: 8/25/21 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15005-ABA |
| Gerard E Davis | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gerard E Davis, 3 Johnstone Street, Pennsville, NJ 08070-1119 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary M. Salber | on behalf of Debtor Gerard E Davis gsalberlaw@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4