Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                        Case No.:  21−15005−ABA
                        Chapter:  7
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gerard E Davis
    3 Johnstone Street
    Pennsville, NJ 08070

Social Security No.:
    xxx−xx−3968

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Andrew Finberg, Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Andrew B. Altenburg Jr. on,

Date: 10/26/21
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: September 23, 2021
JAN:

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 21-15005-ABA

Gerard E Davis                                                                    Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                           User: admin                                         Page 1 of 2

Date Rcvd: Sep 23, 2021                           Form ID: 170                                    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gerard E Davis, 3 Johnstone Street, Pennsville, NJ 08070-1119 |
| 519240023 | + | Faloni & Associates, 165 Passaic Ave, Suite 301B, Fairfield, NJ 07004-3592 |
| 519240024 | + | Fedloan, Attn: Bankruptcy, P.O. Box69184, Harrisburg, PA 17106-9184 |
| 519240025 | | Fingerhut, Attn: Bankruptcy, 6250 Ridgeview Road, Saint Cloud, MN 56303 |
| 519240026 | + | First Premier Bank, Attn: Bankruptcy, P.O. Box5524, Sioux Falls, SD 57117-5524 |
| 519240029 | + | Medical Data Systems, Attn: Bankruptcy Dept., 2001 9th Ave.Ste 312, Vero Beach, FL 32960-6413 |
| 519240035 | | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519240037 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 23 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 23 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519240020 | | Email/Text: EBNProcessing@afni.com | Sep 23 2021 20:26:00 | AFNI, Inc., 404 Brock Drive., P.O. Box 3427, Bloomington, IL 61702-3427 |
| 519240021 | + | Email/Text: bankruptcy@credencerm.com | Sep 23 2021 20:26:00 | Credence Resourse Management, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 519240022 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2021 20:35:56 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 519240027 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 23 2021 20:26:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 519240028 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2021 20:35:48 | Lvnv Funding, PO Box 740281, Houston, TX 77274-0281 |
| 519240030 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2021 20:26:00 | Midland Credit Management, 5775 Roscoe Ct., San Diego, CA 92123-1356 |
| 519240031 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2021 20:26:00 | Midland Credit Management, 350 Camino De La Reina, Suit 100, San Diego, CA 92108-3007 |
| 519240032 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2021 20:26:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519240033 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2021 20:26:00 | Midland Funding, Attn:Bankruptcy, PO Box939069, San Diego, CA 92193-9069 |
| 519240034 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Sep 23 2021 20:36:03 | Midland Mortgage Co, PO Box 26648, Oklahoma City, OK 73126-0648 |

| | | | |
|---|---|---|---|
| 519240036 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2021 20:35:48 | Resurgent Capital Services, Attn: Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 519240038 | + Email/Text: bankruptcy@sccompanies.com | Sep 23 2021 20:26:00 | Seventh Avenue/Swiss Colony, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519240039 | + Email/Text: bankruptcydepartment@tsico.com | Sep 23 2021 20:26:00 | Transworld Sys Inc, Attn:Bankruptcy, P.O. Box 15630, Wilmington, DE 19850-5630 |
| 519240040 | + Email/Text: bankruptcydepartment@tsico.com | Sep 23 2021 20:26:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Finberg | trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary M. Salber | on behalf of Debtor Gerard E Davis gsalberlaw@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5