Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−15005−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerard E Davis
   3 Johnstone Street
   Pennsville, NJ 08070

Social Security No.:
   xxx−xx−3968

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/26/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 26, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 21-15005-ABA
Gerard E Davis                                                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                                          Page 1 of 2
Date Rcvd: Oct 26, 2021                        Form ID: 148                                         Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gerard E Davis, 3 Johnstone Street, Pennsville, NJ 08070-1119 |
| 519240023 | + | Faloni & Associates, 165 Passaic Ave, Suite 301B, Fairfield, NJ 07004-3592 |
| 519240024 | + | Fedloan, Attn: Bankruptcy, P.O. Box69184, Harrisburg, PA 17106-9184 |
| 519240025 | | Fingerhut, Attn: Bankruptcy, 6250 Ridgeview Road, Saint Cloud, MN 56303 |
| 519240035 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519240020 | | EDI: AFNIRECOVERY.COM | Oct 27 2021 00:28:00 | AFNI, Inc., 404 Brock Drive., P.O. Box 3427, Bloomington, IL 61702-3427 |
| 519240021 | + | Email/Text: bankruptcy@credencerm.com | Oct 26 2021 20:30:00 | Credence Resourse Management, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 519240022 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2021 20:39:34 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 519240026 | + | EDI: AMINFOFP.COM | Oct 27 2021 00:28:00 | First Premier Bank, Attn: Bankruptcy, P.O. Box5524, Sioux Falls, SD 57117-5524 |
| 519240027 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 26 2021 20:29:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 519240028 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 20:39:35 | Lvnv Funding, PO Box 740281, Houston, TX 77274-0281 |
| 519240029 | + | Email/Text: MDSBankruptcies@meddatsys.com | Oct 26 2021 20:29:00 | Medical Data Systems, Attn: Bankruptcy Dept., 2001 9th Ave.Ste 312, Vero Beach, FL 32960-6413 |
| 519240030 | + | EDI: MID8.COM | Oct 27 2021 00:28:00 | Midland Credit Management, 5775 Roscoe Ct., San Diego, CA 92123-1356 |
| 519240031 | + | EDI: MID8.COM | Oct 27 2021 00:28:00 | Midland Credit Management, 350 Camino De La Reina, Suit 100, San Diego, CA 92108-3007 |
| 519240032 | + | EDI: MID8.COM | Oct 27 2021 00:28:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |

Case 21-15005-ABA    Doc 16    Filed 10/28/21    Entered 10/29/21 00:12:38    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: 148 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 519240033 | + | EDI: MID8.COM | Oct 27 2021 00:28:00 | Midland Funding, Attn:Bankruptcy, PO Box939069, San Diego, CA 92193-9069 |
| 519240034 | | EDI: AISMIDFIRST | Oct 27 2021 00:28:00 | Midland Mortgage Co, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519240035 | | Email/Text: signed.order@pfwattorneys.com | Oct 26 2021 20:29:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519240036 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 20:39:51 | Resurgent Capital Services, Attn: Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 519240037 | + | EDI: DRIV.COM | Oct 27 2021 00:28:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 519240038 | + | EDI: CBS7AVE | Oct 27 2021 00:28:00 | Seventh Avenue/Swiss Colony, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519240039 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 26 2021 20:30:00 | Transworld Sys Inc, Attn:Bankruptcy, P.O. Box 15630, Wilmington, DE 19850-5630 |
| 519240040 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 26 2021 20:30:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Finberg | trustee@sjbankruptcylaw.com J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary M. Salber | on behalf of Debtor Gerard E Davis gsalberlaw@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5