UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ANDREW B. FINBERG, ESQ.
Chapter 7 Trustee
Law Offices of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055

**Order Filed on October 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Gerard E. Davis

Case No.: 21-15005

Adv. No.:

Hearing Date:

Judge: The Honorable Andrew B. Altenburg, Jr.

## ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 26, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2 of 2**
**Debtor: Gerard E. Davis**
**Case No: 21-15005/ABA**
**Caption of Order: Order Dismissing Case**

Upon consideration of the Trustee's Motion to Dismiss Debtor's case for failing to produce requested documentation, and good cause having been shown, it is hereby;

**ORDERED** the Debtor's Pending Chapter 7 Case shall be dismissed.

United States Bankruptcy Court

District of New Jersey

In re:   
Gerard E Davis   
    Debtor

Case No. 21-15005-ABA   
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Oct 26, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Gerard E Davis, 3 Johnstone Street, Pennsville, NJ 08070-1119 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Finberg | on behalf of Trustee Andrew Finberg trustee@sjbankruptcylaw.com  J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Andrew Finberg | trustee@sjbankruptcylaw.com  J117@ecfcbis.com;jaimie@sjbankruptcylaw.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary M. Salber | on behalf of Debtor Gerard E Davis gsalberlaw@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Oct 26, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 5